**Claude E. HUTCHISON and Ollie Lee Hutchison, Appellants,**

**v.**

**Bill McCLURE and David Sewell, d/b/a M & S Coal Company, Donald L. Gibson and Ina Kay Gibson, Appellees.**

**No. 53077.**

Court of Appeals of Oklahoma, Division No. 1.

June 17, 1980.

Rehearing Denied Aug. 5, 1980.

Certiorari Denied Nov. 3, 1980.

Released for Publication by Order of Court of Appeals Nov. 6, 1980.

Boatman, Laub, Martin & Stringer by Billy L. Martin, Okmulgee, for appellants.

Frederick L. Boss, Jr., Tulsa, for appellees Bill McClure and David Sewell, d/b/a M & S Coal Co.

Bailey, Romine & Seacat by Mary Bailey Romine, Okmulgee, for appellees Donald L. Gibson and Ina Kay Gibson.

REYNOLDS, Presiding Judge:

Claude E. Hutchison and Ollie Lee Hutchison (Appellants) appeal the trial court's determination that Appellants' 1964 Warranty Deed to Appellees' predecessor in title did not reserve in them a one-half interest in the coal underlying the property.

That basic facts are not in dispute. The parties stipulated that a conveyance or reservation of "oil, gas, and other minerals" standing along does not include coal, citing *Sloan v. Peabody Coal Co.*, 547 F.2d 115 (10th Cir. 1977). The trial court properly applied the provisions of Title 16 O.S.1971, § 19, and the rule set out in *Sloan* when it determined that Appellants' 1964 Warranty Deed containing a reservation of "oil, gas, and other minerals" did not reserve in Appellants an interest in the coal.

AFFIRMED.

BOX and ROMANG, JJ., concur.